PROB 22                          Docket No. (Transferring Court) 4:01CR3033
                                 Docket No. (Receiving Court)   [Dkt. # - Receiving Court]

# TRANSFER OF JURISDICTION

Name and Address of Probationer/Supervised Releasee:
Francis J. Perry, Jr.
200 Old Groveland Rd.
Bradford, MA 01835

District: Nebraska                           Division: Omaha

Name of Sentencing Judge: Warren K. Urbom, U.S. Senior District Judge

Dates of Probation/Supervised Release -    From: April 4, 2004
                                           To:   April 3, 2009

Offense:   Possession w/Intent to Distribute Marijuana/Forfeiture of U.S. Currency

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of NEBRASKA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

June 1, 2004                               Warren K. Urbom
                                           U.S. Senior District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the District of MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 1, 2004                               William G. Young
Effective Date                             United States District Judge