UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CR10204-WGY |
| | ) | |
| FRANCIS J. PERRY | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Francis J. Perry, by payment in full.

                    Respectfully submitted,

                    UNITED STATES OF AMERICA
                    By its attorneys

                    MICHAEL J. SULLIVAN
                    United States Attorney

          By:   /s/ Christopher R. Donato
                CHRISTOPHER R. DONATO
                Assistant U.S. Attorney
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3303

Dated: July 5, 2005

**CERTIFICATE OF SERVICE**

Suffolk, s.s.                                                                                      Boston, MA

    I hereby certify that on this date, I have served a copy of the foregoing by mailing to Francis J. Perry, at 200 Old Groveland Rd., Bradford, MA 01835.

                    /s/ Christopher R. Donato
                    CHRISTOPHER R. DONATO
                    Assistant U.S. Attorney